IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:12CR80-1
:
SHAWN IRA DAY :

The United States Attorney charges:

From on or about November 26, 2011, continuing up to and including January 16, 2012, the exact dates unknown, in the County of Montgomery, in the Middle District of North Carolina, SHAWN IRA DAY, using a facility and means of interstate commerce, knowingly persuaded, induced, coerced, and enticed, and attempted to persuade, induce, coerce, and entice, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, that is, indecent liberties with a child (N.C.G.S. § 14-202.1), sex offense with a student (N.C.G.S. § 14-27.7(b)), and statutory sexual offense of person who is 13, 14, or 15 years old (N.C.G.S. § 14-27.7A(a)); all in violation of Title 18, United States Code, Section 2422(b).

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY