ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
__Middle__ DISTRICT OF __North Carolina__

FILED
NOV 06 2020
Clerk U.S. District Court
Greensboro, NC
BY___

UNITED STATES OF AMERICA

v.

__Shawn Ira Day__
Write your full name here.

Case No. __1:12CR80-1__
(write the number of your criminal case)

PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

> **NOTICE**
>
> The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

7378 North Main Ext.
Hornell, NY 14843

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

(Parents) Shawn P. Day
Jacqueline A. Day (cell) 607-382-1424 (land line) 607-324-0857

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

Shawn P. Day age 58 - Dad
Jacqueline A. Day age 57 - Mom

If you have employment secured, provide the name and address of your employer and describe your job duties:

Jim Testani Tent Rental - Jim Testani (owner) 607-769-4476
I will be in the warehouse cleaning and prepping or setting up tents commercial sized tents for events.

List any additional housing or employment resources available to you:

## B. Medical needs

Will you require ongoing medical care if you are released from prison?

☐ Yes  Not sure due to long term effects of COVID-19.

☐ No

Will you have access to health insurance if released?

☐ Yes

☑ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☑ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes

☑ No

If yes, please include them with your motion. If no, where are the records located?

FMC Butner Medical Records Office

_____

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☐ Yes
☑ No

If yes, list all prescribed medication, dosage, and frequency:

_____
_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes
☑ No

If yes, list equipment:

_____
_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes
☑ No

If yes, please list the required assistance and how it will be provided:

_____
_____

Do you require assisted living?

☐ Yes
☑ No

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☑ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☑ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

Samantha Howe RN - age 31 - sister

_____

Will you have transportation to and from your medical appointments?

☑ Yes

☐ No

Describe method of transportation:

Both of my parents have vehicles. They are currently looking to purchase a used vehicle for me upon release.

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

10-29-20
Date

Signature

Shawn Ira Day
Name

28286-057
Bureau of Prisons Register #

FMC Butner
Bureau of Prisons Facility

Old NC Highway 75, Butner NC 27509
Institution's Address



## Individualized Needs Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01773959
Team Date: 07-15-2020

Plan is for inmate: DAY, SHAWN IRA  28286-057

| | | |
|---|---|---|
| Facility: | BUH BUTNER FMC | Proj. Rel. Date: 10-04-2021 |
| Name: | DAY, SHAWN IRA | Proj. Rel. Mthd: GCT REL |
| Register No.: | 28286-057 | DNA Status: BUH02868 / 08-06-2012 |
| Age: | 38 | |
| Date of Birth: | 05-12-1982 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUH | VACATION | VACATION | 07-22-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUH | ESL HAS | ENGLISH PROFICIENT | 08-09-2012 |
| BUH | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-09-2012 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUH CAD | C | CIVIL WAR UNIT BASED | 07-06-2020 | 07-21-2020 |
| BUH CAD | C | PUTTING PAST BEHIND/LOOK AHEAD | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | RELEASE REQUIREMENTS RPP 5 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | RRM INFORMATION RPP 4 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | US PROBATION INFO RPP 5 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | FINANCIAL MANAGMENT RPP 3 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | EMPLOYMENT RPP 2 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | HEALTH PROMO/DIS PREVENT RPP 1 | 06-19-2019 | 06-19-2019 |
| BUH CAD | C | (W)BASIC FIRST AIDE-CAI | 10-10-2014 | 01-26-2015 |
| BUH CAD | C | (W)CARDIOPULMONARY | 10-10-2014 | 01-26-2015 |
| BUH CAD | C | HISTORY OF 20TH CENTURY | 05-21-2014 | 05-21-2014 |
| BUH CAD | C | HEALTH FAIR | 12-03-2013 | 12-13-2013 |
| BUH CAD | C | ACE-EMPLOYMENT; TH 630-730 PM | 07-02-2013 | 09-12-2013 |
| BUH CAD | C | HORTICULTURE 3 | 03-04-2013 | 07-17-2013 |
| BUH CAD | C | (V)RESUME SKILLS-CAI | 07-08-2013 | 07-23-2013 |
| BUH CAD | C | INTRAMURAL CODE OF CONDUCT | 06-23-2013 | 06-24-2013 |
| BUH CAD | C | ENTREPRENUER WORKSHOP | 03-16-2013 | 03-30-2013 |
| BUH CAD | W | REAL ESTATE | 01-08-2013 | 03-12-2013 |
| BUH CAD | C | ACE-MONEYSMART; W 630-730PM | 10-15-2012 | 12-17-2012 |
| BUH CAD | C | MOCK JOB FAIR-INFORMATIONAL | 08-21-2012 | 09-08-2012 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-02-2012 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-07-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-02-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-06-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-06-2012 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|



| Individualized Needs Plan - Program Review | (Inmate Copy) | SEQUENCE: 01773959 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 07-15-2020 |

Plan is for inmate: DAY, SHAWN IRA  28286-057

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-15-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-26-2012 |

## FRP Details

Most Recent Payment Plan

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | Start: **07-31-2013** |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: **$0.00** | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

| Trust Fund Deposits - Past 6 months: $0.00 | Payments commensurate? Y |
|---|---|
| New Payment Plan: | ** No data ** |

### Progress since last review

Inmate continues to identify programs of interest, participates when able, and generally makes productive use of his time. Inmate has not completed any programming since last review. He is currently enrolled in Civil War.

He is currently assigned to the Commissary work detail. During the COVID-19 pandemic inmate Day has been a great asset to the institution.

### Next Program Review Goals

Inmate Day is Eligible for FTC. Complete Civil War and/or Vietnam War by next review.

### Long Term Goals

Obtain a copy of your Social Security Card and Birth Certificate within 60 days or your release date to increase release identification needs. Begin saving half of funds received towards releasing needs.

### RRC/HC Placement

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : There are available Residential Re-entry Centers in his release area.
- Offense : There are no extenuating circumstances that would preclude him from placement.
- Prisoner : Inmate has been determined to be a suitable candidate for RRC placement.
- Court Statement : The sentencing court did not make any statements regarding RRC placement on the Judgment and Commitment Order.
- Sentencing Commission : There is no pertinent policy statement issued by the U.S. Sentencing Commission.

### Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account X No assets nor liabilities noted in PSR X Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)_____ YES _____ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DAY, SHAWN IRA  28286-057

SEQUENCE: 01773959
Team Date: 07-15-2020

|  |  |
|---|---|
| Name: DAY, SHAWN IRA | DNA Status: BUH02868 / 08-06-2012 |
| Register No.: 28286-057 | |
| Age: 38 | |
| Date of Birth: 05-12-1982 | |

Inmate   (DAY, SHAWN IRA. Register No.: 28286-057)

Date

Unit Manager / Chairperson                Case Manager

Date                                                       Date